UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Brian Pfalzgraf,

*Plaintiff,*

*v.*

Case No: 3:23-cv-877

Rusk County and Ben Reisner,

*Defendants.*

---

## DECLARATION OF MARK L. THOMSEN

---

I, Mark L. Thomsen, declare and state that:

1. I am an attorney who is duly licensed to practice before the Courts of the State of Wisconsin and this Court. I am a partner at the law firm of Gingras, Thomsen, & Wachs LLP ("Law Firm"). I am not counsel of record for any party in the above-captioned action, nor do I hold any interest in the outcome of the above-captioned action.

2. I submit this Declaration for the purpose of providing this Court with authority on the reasonable hourly rate of Wisconsin attorneys and legal professionals who do substantially similar work, share similar skill and experience, and serve similar communities in Wisconsin as that of the Strang Bradley, LLC with respect to civil rights claims.

3. I have practiced law in Wisconsin state and federal courts for 38 years. I am admitted to practice before this Court, the Eastern District of Wisconsin, the Fifth, Sixth and Seventh Circuit Court of Appeals and the U.S. Supreme Court.

4. My Law Firm has staffed offices in Eau Claire, Madison, and Milwaukee, Wisconsin. Much of my practice in Wisconsin involves complex civil litigation with multiple parties, including class actions, personal injury matters, and § 1983 civil rights lawsuits.

5.  I, along with other members of my Law Firm, have also handled and billed matters similar to the action here. My hourly rate on non-contingency matters and mixed contingency and non-contingency matters is $850.00. The Law Firm's associate attorney hourly rate varies with experience but is $250.00 for a two year associate. The Law Firm's experienced legal professionals' hourly rate is also $250.00.

6.  I have not had these hourly rates challenged. An example of a typical Section 1983 contingency / non-contingency case where the district court for the Western District of Wisconsin approved a 40% attorney's fee on a $2,350,000.00 settlement on behalf of a minor and other plaintiffs is *G.J. and the Estate of Johnsrud, et al. v. Wood County, et al., Case No. 20-CV-108.*

7.  It is my belief that the aforementioned hourly rates for my Law Firm are very reasonable for the Wisconsin-area market as I am aware that others bill at higher rates for similar work. The aforementioned rates would be very reasonable for work done on the subject matter of the above-captioned action, as well as for the skill, expertise, experience, and practice areas of the Strang Bradley Law Firm. I am familiar with the Strang Bradley lawyers and have consulted with them and shared experiences. I reviewed their billed time invoice for the matter at issue.

8.  Based on my knowledge of prevailing rates in the community of attorneys who regularly handle civil rights and other complex federal litigation in this court, the hourly rates charged by Strang Bradley are clearly within the range of rates charged to clients who pay hourly for legal services under contingency fee agreements rendered by attorneys of similar skill, reputation and experience in this legal community.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 20, 2025

_____
Mark L. Thomsen